Dee Johnson

██████████████████████

October 5, 2025

Honorable Stephen N. Limbaugh, Jr
United States District Judge
Eastern District of Missouri
Rush Hudson Limbaugh, Sr. U.S. Courthouse
555 Independence Street
Cape Girardeau, MO 63703

Dear Judge Limbaugh,

I'm writing this letter to request mercy and leniency on James F Johnson. I have been married to Jim for 32 years and until 5 months ago I could not imagine this as anything he could have been involved in.

I have always known Jim to be caring and supportive of his family and friends and I'm sure there are countless people that are just as shocked about this situation as I am.

Jim has always been one of the most optimistic people I've ever met. If there was a problem he would try to find ways to fix it.  He would support any idea or new adventure I, his family or friends would come up with. He looks at life with a why not try attitude.  I know he believes that hard work and grit pay off, even if you failed it was an opportunity to learn.

As a family we have been through all the typical events that 32 years of marriage can bring.  During the most difficult times he never wavered and gave all his support and love to who ever needed it.   He loves his son and daughter and enjoys spending as much time as possible with them and his grandchildren. The kids look to him for advise and they truly look up to him.

Jim is a veteran and was actively involved in AmVets assisting with fund raisers and participating in various ceremonies they were involved in for the community.  He has a deep respect for our countries veterans and is proud of his country and service.

Jim also spent approximately 20 years involved with the local radio station as the color announcer for all local football teams.  He enjoyed spending his time, uncompensated, to travel all over the state to bring the games to the fans.  He became very popular and people in town were very entertained by his descriptions of hard hits as "slobber knockers, or snot bubblers".  I cannot count the times in the grocery store, gas station or on the street, people would come up to us and tell him how much they enjoyed his announcing and how he brought the games to life for them.  He always gave shout

**EXHIBIT**

**1**

outs to the kids and would tell their families over the radio how great they were and they should be proud.

Jim also assisted with coaching and supporting American Legion Baseball for several years. He helped spearhead a major project to rejuvenate the baseball field so the young men and community could play on a comparable field to their competitors. He spent countless volunteer hours on the field raking dirt, laying sod, watering all while coaching and leading the team. He also help the Perryville High School football team with the renovation of their football field in a similar manner.

These few examples are what I've known Jim to be. I am by no means suggesting Jim should not be punished by his actions. I also know through our recent conversations he is truly remorseful and regrets his actions. There have been devastating consequences for his clients, friends, family, and myself. I also know that forgiveness and receiving grace are an important part of healing and moving forward.

I honestly cannot say where our personal relationship will end up at this point because I'm having a difficult time wrapping my head around all of this. Regardless of where our relationship ends up, I hate to think about the final years of his life being spent incarcerated, which is why I'm advocating for a merciful sentence. I know the guilt he feels over this will never leave him and has left an indefinable mark on him.

I'd like to thank you for taking the time to read about the side of Jim I've known for over 32 years, the side that is loving, caring and supportive of his family, friends and community.


Respectfully,

Dee Johnson

Dee Johnson