To Whom It May Concern,

As I reflect on my father and the impact he has had on my life over the past 54 years, several words consistently come to mind: kind, loving, generous, caring, and fair.

From a young age, my father instilled in me the importance of treating everyone with respect and kindness—regardless of whether I agreed with them or even liked them. He emphasized the value of good manners, always expecting a respectful "yes ma'am" or "yes sir" when addressing elders. If I slipped up, a simple look from him was enough to remind me, and a smile would follow when I corrected myself. These lessons became foundational to who I am and are values I have passed down to my own children.

My father's generosity is something I've witnessed time and again. Whether offering a kind word, comforting someone in distress, or quietly helping a stranger at the grocery store, he has always been the type of person who steps in without hesitation. His acts of kindness—big and small—have touched countless lives over the years, often without recognition.

His love for his family is unwavering. He has a special bond with his grandchildren and stays closely connected with them, whether through regular calls, texts, or simply checking in to say "I love you." That kind of consistent presence speaks volumes about his character.

Growing up, my dad was always there—never missing a game, recital, or important moment in my life. One special memory I treasure is how he helped me shop for prom dresses, always patient and supportive. His presence has been a constant source of comfort and encouragement throughout my life.

In 2022, when my husband was diagnosed with stage 4 cancer, my first call—at 4:30 in the morning—was to my dad. He answered immediately, didn't ask questions, and simply said, "When do you need me there, and what can I do?" Within hours, he was by my side. That's just who he is—dependable, compassionate, and strong.

I hope that others can see my dad the way I do. He doesn't judge people on their worst days. He listens, understands, and helps where he can. He is a man of integrity and compassion—someone who leads by example and lives with purpose. I look forward to the day when he meets his future great-grandchildren so he can pass on the same lessons and love that he has given me.   THANK YOU!

Sincerely,

*Kim Brummett*

**EXHIBIT 2**