October 3, 2025

Honorable Stephen N. Limbaugh, Jr.
United States District Judge
Eastern District of Missouri
Rush Hudson Limbaugh, Sr. US Courthouse
555 Independence Street
Cape Girardeau, MO  63703

Dear Judge Limbaugh

My name is Karen Hoehn. I have known Jim Johnson for the last 8 years. Please indulge me in a little history of how I became to know Jim Johnson. I employed his wife, Dee, in 2014 to be my personal trainer to help me build/strengthen what muscle was left in my right thigh due to having cancer back in 1991. After about 3 years, Dee and I became friends, not just trainer/client. She invited me to go along with her one day to the golf course and then later asked me if I would want to learn the game of golf. This is when I really met Jim. I would go to their house and both she and Jim would try to help me learn the proper techniques of golf. Jim was always very patient and encouraging when I would be so hard on myself for not getting what he was trying to teach me. The friendship with Dee & Jim just grew from there. I started coming over more often to practice golf, watch football games and sometimes just to visit and play with their dogs. Every time I showed up, Jim would always say "hi sweetie, how was your week?" And I know that is a very simple thing, but it always made me feel loved. He made me feel like I was family. I have very few people in my life that take the time to ask about me and/or my day. I miss that.

In 2023 I was diagnosed w/ cancer for the second time, breast cancer. Dee & Jim were extremely supportive throughout 2023 and 2024 during my treatments. Jim would call or text and say Dee is golfing today, would you want to go and ride around in golf cart and keep me company. It was his way of keeping me from just sitting at home by myself and thinking about the cancer. He would essentially take care of me while we were at the course. He would make sure I had a blanket if I was cold or race me back to the clubhouse one time when I was about to get sick and have an accident. Then when we'd get back home, he would make sure I was comfortable, fix me homemade soup and bake cookies for me, even extra to take home. He makes the best soup and cookies.

# EXHIBIT

# 3

When I first heard about what happened, I just wouldn't believe it. That's not the Jim I know. Of course, I know different now as he has told me the mistakes he made and regrets what he's done and the people who have been hurt.

I believe Jim to be a good person and have been the recipient of his goodness/kindness and will choose to remember this as the Jim I know. With that being said, I ask you to show mercy in your sentencing of Jim.

Thank you, Judge Limbaugh, for taking the time to read my letter on behalf of Jim Johnson.

Sincerely,

Karen Hoehn