**Sanford J. Boxerman**

| | |
|---|---|
| **From:** | Lois Young |
| **Sent:** | Monday, October 13, 2025 2:22 PM |
| **To:** | Sanford J. Boxerman |
| **Subject:** | Letter re: Jim Johnson |

Dear Judge Limbaugh,
My name is Lois Griffard Young. I am a lifelong resident of Perry County Missouri. I am retired after 33 years at Young & Sons Funeral Home as a funeral director and part owner.
I have known Jim Johnson pretty much my entire adult life. I was high school friends and still am friends with his sisters.  I knew Jim as a veteran, teacher, and "big brother" long before he moved to Perryville.
I have only good memories of Jim Johnson as being a generous community supporter.   I know he was an initiator in getting the American Legion baseball field built here locally. And contributed as a donor many, many times over the years for the purpose of supporting sports and various food drives.
Jim had always been a smiling face and never too busy to share a kind word.

Sincerely,

Lois Young

**EXHIBIT 4**