UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 1:25-CR-125 SNLJ |
| ) | |
| JAMES F. JOHNSON ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MOTION TO DEPOSIT WITH CLERK PARTIAL RESTITUTION PAYMENT(S) IN ADVANCE OF SENTENCING

Defendant, James F. Johnson, by and through his undersigned counsel, respectfully moves this Court to enter an order allowing him to deposit with the Clerk of the Court one or more partial restitution payments in advance of sentencing.

Respectfully submitted,

/s/ Sanford J. Boxerman
Sanford J. Boxerman #MO37436
120 South Central Avenue, Suite 725
St. Louis, Missouri 63105
Phone: (314) 949-1864
Fax: (314) 949-1864
E-Mail: boxerman@nsbpc.com
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2025, the following was filed electronically with the Cerk of the Court to be served by operation of the Court's electronic filing system upon the Office of the United States Attorney.

/s/ Sanford J. Boxerman